IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JIMMIE HORNE,

    Plaintiff,

v.

DR. DAUGHTRY, et al.

    Defendants.

ORDER

Case No. 23-cv-621-jdp

JIMMIE HORNE,

    Plaintiff,

v.

DR. BREEN, et al.

    Defendants.

ORDER

Case No. 23-cv-622-jdp

Plaintiff Jimmie Horne has filed two proposed civil complaints and requested leave to proceed without prepaying the filing fee. To evaluate plaintiff's request to proceed without prepayment of the filing fee, I must review a certified copy of plaintiff's inmate trust fund account statement (or institutional equivalent) for the six-month period immediately preceding the filing of the complaint. 28 U.S.C. § 1915(a)(2).

For these cases to proceed, plaintiff must submit the certified trust fund account statement no later than October 2, 2023. If I find that plaintiff is indigent, I will calculate an initial partial payment amount for each case that must be paid before the court can screen the merits of the complaints under 28 U.S.C. § 1915(e)(2). Thereafter, plaintiff will be required to pay the balance of the filing fee for each case in installments.

ORDER

IT IS ORDERED that plaintiff Jimmie Horne may have until October 2, 2023 to submit a trust fund account statement for the period beginning approximately March 8, 2023 and ending approximately September 8, 2023. If, by October 2, 2023, plaintiff fails to respond to this order, I will assume that plaintiff wishes to withdraw these actions voluntarily. In that event, the cases will be closed without prejudice to plaintiff filing the cases at a later date.

Entered this 8th day of September, 2023.

BY THE COURT:

/s/
ANDREW R. WISEMAN
United States Magistrate Judge